**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

BATESVILLE CASKET COMPANY, LLC,

<div style="margin-left:2em">Plaintiff,</div>

**25-cv-10113 (VSB) (VF)**

<div style="margin-left:2em">-against-</div>

**ORDER**

OWENS FUNERAL HOME, INC., et al.,

<div style="margin-left:2em">Defendants.</div>

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Defendant Owens Funeral Home, Inc. ("Owens Funeral") was served on February 12, 2026, but has not appeared or otherwise responded to the complaint. See ECF No. 12. Owens Funeral is directed to appear and file a response to the complaint by **April 17, 2026**. Owens Funeral is warned that failure to appear may result in the entry of default judgment. Plaintiff is directed to serve this order on Owens Funeral.

Additionally, an electronic summons was issued to Defendant Isaiah Owens on February 13, 2026. See ECF No. 9. Plaintiff is directed to provide the status of service on Isaiah Owens by **April 17, 2026**.

**SO ORDERED.**

DATED:     New York, New York
           March 30, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge